## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| ENOCH M. MILLER, | ) | |
|                 **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | Case No. 07-2115 |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
|                 **Defendant.** | ) | |

# REPORT AND RECOMMENDATION

In January 2007, Administrative Law Judge (hereinafter "ALJ") John Wood denied Plaintiff Enoch Miller's application for disability insurance benefits and supplemental security income. The ALJ based his decision on a finding that, although Plaintiff cannot perform his past relevant work, there are jobs available in significant numbers in the national economy that he can perform.

In June 2007, Plaintiff filed a Complaint (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In April 2007, Plaintiff filed his Answer to Motion for Summary Judgment (#17), which the Court deems to be a motion for summary judgment. In July 2007, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#20). In August 2007, Plaintiff filed an Answer to Defendant's Motion for Summary Affirmance (#22).

After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's motion for summary judgment (#17) be granted and this case remanded for further consideration. Consistent with the Court's reasoning in the Report and Recommendation granting Plaintiff's motion, the Court now recommends, pursuant

to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#20)** be **DENIED**.

ENTER this 25th day of August, 2008.

                                                s/ DAVID G. BERNTHAL
                                                U.S. MAGISTRATE JUDGE