UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| ENOCH M. MILLER,              ) | |
|                               ) | |
|     Plaintiff,      ) | |
| v.                            ) | Case No. 07-CV-2115 |
|                               ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security,           ) | |
|                               ) | |
|     Defendant.      ) | |

### ORDER

On August 25, 2008, Magistrate Judge David G. Bernthal filed two Reports and Recommendations (#24, #25) in the above cause. Judge Bernthal recommended granting the Motion for Summary Judgment (#17) filed by Plaintiff, Enoch M. Miller, and denying the Motion for an Order Which Affirms the Commissioner's Decision (#20) filed by Defendant, Michael J. Astrue. More than ten (10) days have elapsed since the filing of the Recommendations and no objections have been filed. See 28 U.S.C. § 636(b)(1). The Recommendations of the Magistrate Judge are, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#24, #25) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment (#17) is GRANTED. This case is remanded pursuant to sentence 4 of 42 U.S.C. § 405(g) for further consideration consistent with the Reports and Recommendations. Defendant's Motion for an Order Which Affirms the Commissioner's Decision (#20) is DENIED.

(3) This case is terminated.

ENTERED this 16th day of September, 2008.


s/MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE